IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: WAWRZYNIAK, JULIE L.

Case No. 09-38681

Chapter 7

Judge: MARY ANN WHIPPLE

Debtor(s).

## REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| American Infosource LP<br>Agent for WFNNB for Avenue | P.O. Box 248872<br>Oklahoma City, OK 73124-8872 | $4.85 |
| PYOD LLC Successors/Assigns<br>Assignee of Citibank<br>c/o Resurgent Capital | P.O. Box 19008<br>Greenville, SC 29602 | $4.12 |

Check for $8.97 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Dated: 8/30/2010

/s/John N. Graham
John N. Graham, Trustee